United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 18-15929-ref
Harry Murray                                                    Chapter 7
Karine Murray
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv          Page 1 of 2              Date Rcvd: Sep 10, 2018
                              Form ID: 309A      Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2018.
```
db/jdb       Harry Murray,  Karine Murray,  202 Wilson Ave,  Reading, PA  19606-1051
smg         +Bureau of Audit and Enforcement,  City of Allentown,  435 Hamilton Street,
             Allentown, PA 18101-1603
smg          City Treasurer,  Eighth and Washington Streets,  Reading, PA  19601
smg         +Dun & Bradstreet, INC,  3501 Corporate Pkwy,  P.O. Box 520,  Centre Valley, PA 18034-0520
smg         +Lehigh County Tax Claim Bureau,  17 South Seventh Street,  Allentown, PA 18101-2401
smg         +Tax Claim Bureau,  633 Court Street,  Second Floor,  Reading, PA 19601-4300
14193159     Capital One/ Cabelas,  4800 NW 1st St Ste 300,  Lincoln, NE  68521-4463
14193161     Chase Home Mortgage,  PO Box 24696,  Columbus, OH  43224-0696
14193164     Keith L. Good, P.C.,  600 High Blvd,  Reading, PA  19607-2155
14193165     Law Offices ENM Law Group,  PO Box 214,  Reading, PA  19603-0214
14193167     NCB Management Services Inc.,  PO Box 1099,  Langhorne, PA  19047-6099
14193168     Reading Neurological Associates Limited,  301 S 7th Ave Ste 210,  Reading, PA  19611-1450
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: shawn_lau@msn.com Sep 11 2018 02:13:05    SHAWN J. LAU,  Lau & Associates,
             4228 St. Lawrence Avenue,  Reading, PA  19606
tr          +EDI: QLEFELDMAN.COM Sep 11 2018 06:08:00    LYNN E. FELDMAN,  Feldman Law Offices PC,
             221 N. Cedar Crest Blvd.,  Allentown, PA 18104-4603
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 11 2018 02:13:15
             Pennsylvania Department of Revenue,  Bankruptcy Division,  P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 11 2018 02:13:29    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,  Room 1250,  615 Chestnut Street,  Philadelphia, PA 19106-4404
ust         +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Sep 11 2018 02:13:24    United States Trustee,
             Office of the U.S. Trustee,  833 Chestnut Street,  Suite 500,  Philadelphia, PA 19107-4405
14193158     E-mail/Text: rperez@arcadiarecovery.com Sep 11 2018 02:13:27    Arcadia Recovery Bureau,
             645 Penn St,  Reading, PA  19601-3543
14193160     E-mail/Text: bankruptcy@cavps.com Sep 11 2018 02:13:27    Cavalry SPV I, LLC,  PO Box 520,
             Valhalla, NY  10595-0520
14193162     EDI: CHASE.COM Sep 11 2018 06:08:00    Chase/Bank One Card Services,  PO Box 15298,
             Wilmington, DE  19850-5298
14193163     EDI: DISCOVER.COM Sep 11 2018 06:03:00    Discover Fincl Svc LLC,  PO Box 15316,
             Wilmington, DE  19850-5316
14193169     EDI: RMSC.COM Sep 11 2018 06:04:00    SYNCB/WalMart,  PO Box 965024,
             Orlando, FL  32896-5024
14193777    +EDI: RMSC.COM Sep 11 2018 06:04:00    Synchrony Bank,  c/o PRA Receivables Management, LLC,
             PO Box 41021,  Norfolk, VA 23541-1021
14193170     EDI: WFFC.COM Sep 11 2018 06:08:00    Wells Fargo Home Equity,  PO Box 31557,
             Billings, MT  59107-1557
14193166     E-mail/Text: rlambert@mscb-inc.com Sep 11 2018 02:13:12    mscb,  PO Box 1567,
             Paris, TN  38242-1567
                                                                            TOTAL: 13

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                       TOTAL: 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0313-4          User: dlv            Page 2 of 2              Date Rcvd: Sep 10, 2018
                             Form ID: 309A         Total Noticed: 25


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2018 at the address(es) listed below:
          LYNN E. FELDMAN   trustee.feldman@rcn.com,  lfeldman@ecf.epiqsystems.com
          SHAWN J. LAU   on behalf of Debtor Harry  Murray shawn_lau@msn.com,  g61705@notify.cincompass.com
          SHAWN J. LAU   on behalf of Joint Debtor Karine  Murray shawn_lau@msn.com,
           g61705@notify.cincompass.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                          TOTAL: 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Harry Murray** | Social Security number or ITIN **xxx–xx–2075** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Karine Murray** | Social Security number or ITIN **xxx–xx–9613** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed for chapter **7   9/7/18** |
| Case number: | **18–15929–ref** | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15
### **Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing**

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Harry Murray | Karine Murray |
| 2. | **All other names used in the last 8 years** | aka Harry A. Murray, aka Harry Albert Murray | aka Karine A. Murray, fka Karine Rybalkina |
| 3. | **Address** | 202 Wilson Ave<br>Reading, PA 19606–1051 | 202 Wilson Ave<br>Reading, PA 19606–1051 |
| 4. | **Debtor's attorney**<br>Name and address | SHAWN J. LAU<br>Lau & Associates<br>4228 St. Lawrence Avenue<br>Reading, PA 19606 | Contact phone (610) 370–2000<br><br>Email:  shawn_lau@msn.com |
| 5. | **Bankruptcy trustee**<br>Name and address | LYNN E. FELDMAN<br>Feldman Law Offices PC<br>221 N. Cedar Crest Blvd.<br>Allentown, PA 18104 | Contact phone (610) 530–9285<br><br>Email:  trustee.feldman@rcn.com |

**For more information, see page 2 >**

Debtor **Harry Murray** and **Karine Murray**                                Case number **18–15929–ref**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 400 Washington Street<br>Suite 300<br>Reading, PA 19601 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (610)2085040<br><br>Date: 9/10/18 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 5, 2018 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**544 Court Street, Reading, PA 19601** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/4/19** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |