Certificate Number: 17572-PAE-DE-031901032

Bankruptcy Case Number: 18-15929



17572-PAE-DE-031901032

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 13, 2018, at 2:07 o'clock PM PST, HARRY A MURRAY completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   November 13, 2018          By:    /s/Kelly Faulks

                                      Name:  Kelly Faulks

                                      Title: Counselor